# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to:   Plymouth HOC
Plymouth, MA

YOU ARE COMMANDED to have the body of <u>Keith Porter (Born in 1976, SS# ending in 5289)</u> now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. <u>14</u>, on the <u>5th</u> floor, Boston, Massachusetts on <u>May 7, 2004</u>, at <u>4:15 p.m.</u> for the purpose of <u>Arraignment</u> in the case of UNITED STATES OF AMERICA V. <u>Keith Porter, et al.</u> Docket Number <u>03cr10194 MEL</u>

And you are to retain the body of said <u>Keith Porter</u> while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said <u>Keith Porter</u> to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this <u>4th</u> day of <u>May 2004</u>.

TONY ANASTAS
CLERK OF COURT

By: _____
Gina Affsa, Deputy Clerk
To the Honorable Robert B. Collings

(habeas1.wpd - 2/2000)

[kwhcap.] or
[kwhcat.]