# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                 CRIMINAL NO. 2003-10194-MEL-03

KEITH PORTER,
    Defendant.

## *ORDER*

COLLINGS, U.S.M.J.

The above-named defendant was brought before the Court on May 7, 2004. The defendant is currently in state custody in lieu of bail awaiting trial on charges pending in the Massachusetts Superior Court.

Accordingly, the U.S. Marshal is ORDERED to return the defendant to state custody.

*Further, the U.S. Marshal is ORDERED to lodge a DETAINER against the defendant at the place at which he is held in state custody, the detainer being based on the charge contained in the Indictment filed in the above-styled cause.*

If the defendant is released by the state court, the defendant shall be

held on the detainer so that the U.S. Marshal may take him into custody forthwith and bring him before the undersigned for further proceedings.

/s/ Robert B. Collings
_____ROBERT B. COLLINGS
United States Magistrate

Date:  May 7, 2004.