DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )        2004 JUN 10 P 5: 14
                          )
v.                        )        Cr. No. 03-10194-3-MEL
                          )
KEITH PORTER              )        FILED
                          )        IN CLERK'S OFFICE

## [ASSENTED-TO] MOTION TO SCHEDULE HEARING

The United States, by its counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, hereby respectfully moves this Court to schedule a Rule 11 hearing in the above-captioned matter for a date, in the convenience of the Court, after September 24, 2004.  The defendant has entered into a plea agreement with the government (filed on May 27, 2004).  The defendant, through counsel, assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3249

Dated: June 10, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Harold H. Hakala
15 Court Sq.
Boston MA 02108

This 10th day of June, 2004.

_____
RACHEL E. HERSHFANG
ASSISTANT UNITED STATES ATTORNEY