UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Cr. No. 03-10194-3-MEL |
| ) | |
| **KEITH PORTER**  ) | |
| ) | |

### [ASSENTED-TO] MOTION TO CANCEL INITIAL STATUS CONFERENCE

The United States, by its counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, hereby respectfully moves this Court (Hon. Robert B. Collings) to cancel the initial status conference in this case, currently set for Thursday, June 24, at 10:15 a.m., and to transfer the case to Hon. Morris E. Lasker.  The defendant, Keith Porter ("Porter") assents to this motion.  The government states in support of the motion that Porter has signed a plea agreement, which has been filed with the Court, and that the plea has been set for September 28 at 2:15 p.m.  Therefore, the government submits, it is not necessary to hold the status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney
(617) 748-3249