

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 27, 2004

By Hand

Hon. Morris E. Lasker
United States District Court
John J. Moakley U.S Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: <u>United States v. Keith Porter</u>
        No. 03-10194-3-MEL

Your Honor:

    For the Court's convenience during the Rule 11 proceeding scheduled for this afternoon, here are the current anticipated guidelines sentencing calculations, based on the parties' undertakings in the plea agreement and the government's and defendant's beliefs as to the defendant's criminal history category.

    A ten-year statutory minimum-mandatory term of incarceration is applicable to the offense at issue. <u>See</u> plea agreement ¶3(a).

    The parties have agreed that Mr. Porter is responsible for an amount of methamphetamine and marijuana that, when converted to marijuana as set forth in the drug equivalency table at U.S.S.G. §2D1.1 are equal to at least 9,000 but no more than 10,000 kilograms of marijuana. <u>See</u> plea agreement ¶3(a). This drug weight results in a Base Offense Level ("BOL") of 34 under the United States Sentencing Guidelines.

    The parties have agreed to take the position that Mr. Porter was a minor participant in the charged offense, which sets his BOL at 30. <u>See</u> plea agreement ¶3(b).

Hon. Morris E. Lasker
September 27, 2004
Page 2

    The parties believe that Mr. Porter is in Criminal History Category ("CHC") VI and is subject to the career offender guideline. <u>See</u> plea agreement ¶3(c). Applying this adjustment to the previously calculated BOL of 30 results in a BOL of 32. Thus, the parties believe that Mr. Porter's applicable Guidelines Sentencing Range ("GSR"), before plea, for BOL 32, CHC VI is 210-262 months, before any adjustments.

    The parties have agreed to take the position that Mr. Porter is entitled to a three-level reduction for acceptance of responsibility. <u>See</u> plea agreement ¶3. This would result in an Adjusted Offense Level ("AOL") of 29, with a GSR of 151-188. The ten-year minimum-mandatory statutory term would still apply.

    I hope that these calculations are of assistance to the Court.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:   _____
                            RACHEL E. HERSHFANG
                            Assistant U.S. Attorney
                            (617) 748-3249

cc: Harold H. Hakala
15 Court Sq.
Boston MA 02108