UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to: Superintendent of FCI McKean, P.O. Box 1000 Bradford, PA 16701

YOU ARE COMMANDED to have the body of  Keith Porter  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 8 , on the  3rd  floor, Boston, Massachusetts on  February 28, 2005  at 2:15 P.M. for the purpose of  Disposition

in the case of     UNITED STATES OF AMERICA V.  Keith Porter

CR Number 03-10194 MEL

And you are to retain the body of said  Keith Porter  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  Keith Porter  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  20  day of December 2004 .


/s/ Morris E. Lasker
UNITED STATES DISTRICT JUDGE

                        TONY ANASTAS
                        CLERK OF COURT
   SEAL

                      By: /s/ George H. Howarth
                          Deputy Clerk


(Habeas Writ.wpd - 2/2000)                                                              [kwhcap.] or
                                                                                        [kwhcat.]